UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

WINSTON BOWERBANK,

                                                               CLERK'S CERTIFICATE OF DEFAULT

                Plaintiff,

       v.                                                Case No. 24-CV-1046

THE CITY OF NEW YORK, DETECTIVE STEPHEN
LALCHAN, AND DETECTIVE KEVIN DESORMEAU,

                Defendants.
_____

    I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced with a Complaint filed on February 9, 2024, and a Summons filed on February 9, 2024. A copy of the summons and complaint was served on defendant KEVIN DESORMEAU, by personally serving *and proof of service was therefore filed on February 28, 2024, Doc. # 8*.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

    Dated:  Brooklyn, New York
               July 3, 2024

                                              BRENNA B. MAHONEY
                                              Clerk of Court

                                **By:**  *Jalitza Poveda*
                                                    Deputy Clerk