

**BARKETEPSTEIN**
BARKET EPSTEIN KEARON ALDEA & LoTurco, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

July 8, 2024

**VIA ECF (Electronic filing)**
Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **Winston Bowerbank v. City of New York et al..**
Case No.:  24-cv-01046

Dear Hon. Joseph A. Marutollo,

This firm represents Plaintiff, Mr. Winston Bowerbank, in the above-referenced action. We are writing on behalf of the parties pursuant to the Court's Order, dated May 28, 2024, to relay the parties progress regarding discovery deadlines. Plaintiff served its Initial Disclosures on June 26, 2024, to opposing counsel. Defendant has requested an extension of time to serve their Initial Disclosures by July 10, 2024, which Plaintiff's Counsel has agreed to. The parties expect to exchange Interrogatory's and Requests for Production of Documents by July 16, 2024. Moreover, Plaintiff served Defendant with a Demand letter, and Defendant intends to respond in writing by July 15, 2024.

Thank you for your time and consideration.

Aida Leisenring, Esq.

AFL/es