UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Winston Bowerbank
Plaintiff(s),

vs.

The City of New York, et al.
Defendant(s).

ATTORNEY: BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

CIVIL ACTION NO.: 24-01046-RER-MMH

DATE OF FILING: 02/12/2024

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Lawrence Hyman, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **07/16/2024** at **1:45 PM** at **30 20th Avenue, Bay Shore, NY 11706**,
Deponent served the **Declaration in Support of Request for Certificate of Default with Exhibits A-B, Request for Certificate of Default, and Clerk's Certificate of Default** upon **Kevin Desormeau**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By affixing and taping a true copy to the entrance door of said property, which is defendants/respondents/recipients actual place of abode, dwelling place or usual place of abode within the state. Deponent was unable with due diligence to find defendant/respondent/recipient or a person of suitable age and discretion thereat having attempted service at said address on the following dates and times; 07/08/2024 7:05 AM, 07/15/2024 7:55 PM, 07/16/2024 1:45 PM: I spoke to a man behind the door and told him I had legal papers, he refused to identify himself and refused to open the door. I told him that he was served and I left the papers on the door.

On **07/17/2024**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient last known place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
July ___18___ 2024

Lawrence Hyman
License No. Attorney # 2385235

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES SEPTEMBER 20, 2025

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1699448