UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

WINSTON BOWERBANK,

                                                Plaintiff,

                -against-

THE CITY OF NEW YORK, DETECTIVE STEPHEN
LALCHAN, and KEVIN DESORMEAU,,

                                              Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

24 Civ. 01046 (RER) (JAM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
October 21, 2024

BARKET MARION EPSTEIN &
KEARON, LLP
*Attorneys for Plaintiff*
666 Old Country Road, Suite 700
Garden City, NY 11530
(516) 745-1500

By: _____
Aida Ferre Leisenring
*Attorney for Plaintiff*

BARKET MARION EPSTEIN &
KEARON, LLP
*Attorneys for Plaintiff*
666 Old Country Road, Suite 700
Garden City, NY 11530
(516) 745-1500

By: _____
Alexander R. Klein
*Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York and Lalchan*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Elissa B. Jacobs
*Senior Counsel*

SO ORDERED:

_____
HON. RAMON E. REYES
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024

2